IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JONATHAN SADIK,                            }
       *Plaintiff(s)*                   }
                                           }
v.                                         }          CIVIL ACTION NO. H-03-4296
                                           }
UNIVERSITY OF HOUSTON, *et al.*,           }
       *Defendant(s)*                  }

## FINAL JUDGMENT

Pursuant to the memorandum opinion and order of this date, the Court granted Defendants' motion for summary judgment in all respects. Accordingly, the Court hereby enters final judgment in favor of Defendants The University of Houston, Leonard P. Trombetta, Frank J. Claydon, Stuart A. Long, and John R. Glover. Plaintiff Jonathan Sadik takes nothing and must pay all costs of court.

**SIGNED** at Houston, Texas, 1st August, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE